IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-02597-LTB

PEGGY SPENCE, on behalf of Darrow A. Hartness, Jr.,

    Plaintiff,

v.

MICHAEL J. ASTRUE, Commissioner of Social Security,

    Defendant.

## FINAL JUDGMENT

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order signed by the Honorable Lewis T. Babcock on January 4, 2013, incorporated herein by reference, it is

    ORDERED that the SSA Commissioner's final order is AFFIRMED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Michael J. Astrue, and against Plaintiff, Peggy Spence.  It is

    FURTHER ORDERED that Plaintiff's complaint and this civil action are DISMISSED with prejudice.

    DATED at Denver, Colorado this  4th  day of January, 2013.

    FOR THE COURT:

    JEFFREY P. COLWELL, CLERK

    By: s/ Edward P. Butler
    Edward P. Butler,
    Deputy Clerk